Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiffs
ANGIE AND EDWARD LURATI

## UNITED STATE DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE AND EDWARD LURATI ) | Case No.: 09-CV-06256 |
| ) | |
| Plaintiffs, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| CENTRAL CREDIT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiffs, ANGIE AND EDWARD LURATI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

          Respectfully Submitted,

DATED: May 28, 2010   KROHN & MOSS, LTD.


          By: /s/ Ryan Lee

           Ryan Lee
           Attorney for Plaintiff