**CLOSED**

# IN THE UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE AND EDWARD LURATI, | Case No.: **CV 09-6256 JFW (ANx)** |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CENTRAL CREDIT SERVICES, INC., | |
| Defendant.. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 14, 2010

_____
The Honorable Judge
United States District Judge

1

Order